UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU, Acting Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

MEDHEALTH SUPPLIERS & PROVIDERS
INC. d/b/a Evergreen Place, Evergreen Place 2,
and Bedford Home, et al.,

    Defendants.
_____/

Case No. 1:24-cv-311

HON. JANE M. BECKERING

## ORDER

On April 15, 2024, a Stipulated Proposed Consent Order and Judgment (ECF No. 3) and a Motion to Approve Consent Judgment and Order (ECF No. 4) were filed. Defendant Roseline Rowan, who is identified as the "President/Owner" of Defendant Medhealth Suppliers & Providers Inc. (Medhealth) and who does not appear to be an attorney, signed the Stipulation on behalf of Defendant Medhealth. The Stipulation is ineffective because Ms. Rowan cannot legally represent Defendant Medhealth in federal court. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.,* 728 F.2d 334, 340 (6th Cir. 1984); *See* also *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603 (6th Cir. 2005) (citing *Doherty*, supra, for this rule of law). Under this rule, Ms. Rowan may not represent Defendant Medhealth, nor can she submit filings on its behalf. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulated Proposed Consent Order and Judgment (ECF No. 3) is STRICKEN.

**IT IS FURTHER ORDERED** that the Motion to Approve Consent Judgment and Order (ECF NO. 4) is DENIED as moot.

2

**IT IS FURTHER ORDERED** that the Clerk of Court shall immediately serve a copy of this Order on Defendants Rowan and Medhealth at the address set forth in the recent submissions (ECF Nos. 3-4).


Dated: April 15, 2024                                                    /s/ Jane M. Beckering
                                                                         JANE M. BECKERING
                                                                         United States District Judge